UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CABLEVISION SYSTEMS NEW YORK
CITY CORPORATION,

                Plaintiff,                      **ORDER**

      -against-                       02 CV 3278 (RJD) (VVP)

DAVID LEWIS,

                Defendant.
-----------------------------------------------------------X
DEARIE, District Judge.

      Defendant moved to vacate the default judgment entered against him in this case, and the Court referred defendant's motion to Magistrate Judge Viktor V. Pohorelsky for report and recommendation. On March 29, 2006, Magistrate Judge Pohorelsky issued a report, recommending that the Court deny defendant's motion. No objections were filed.

      The Court adopts Magistrate Judge Pohorelsky's Report and Recommendation. Defendant's motion to vacate the default judgment entered against him is denied.

SO ORDERED.


Dated: Brooklyn, New York
       April 24, 2006

                                        s/ Judge Raymond J. Dearie
                                        _____
                                        RAYMOND J. DEARIE
                                        United States District Judge